1 | DANIEL H. HANDMAN (SBN 236345)
dhandman@hkemploymentlaw.com
2 | HIRSCHFELD KRAEMER LLP
233 Wilshire Boulevard, Suite 600
3 | Santa Monica, CA 90401
Telephone: (310) 255-0705
4 | Facsimile: (310) 255-0986

5 | ANNA T. PHAM (SBN 318001)
apham@hkemploymentlaw.com
6 | HIRSCHFELD KRAEMER LLP
456 Montgomery Street, Suite 2200
7 | San Francisco, CA 94104
Telephone: (415) 835-9000
8 | Facsimile: (415) 834-0443

9 | Attorneys for Plaintiff
Acacia Innovations Technology, FZE

10 | MHARE O. MOURADIAN (BAR NO. 233813)
mhare.mouradian@huschblackwell.com
11 | HUSCH BLACKWELL LLP
300 S. Grand Avenue, Suite 1500
12 | Los Angeles, CA 90071
Telephone: (213) 337.6550
13 | Facsimile: (213) 337.6551

14 | SHAYAN HEIDARZADEH (SBN 299915)
shayan.heidarzadeh@huschblackwell.com
15 | HUSCH BLACKWELL LLP
1999 Harrison Street, Suite 700
16 | Oakland, CA 94612
Telephone: (510) 768.0650
17 | Facsimile: (510) 768.0651
Attorneys for Defendant
TCI International Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Acacia Innovations Technology, FZE,<br><br>Plaintiff,<br><br>vs.<br><br>TCI International Inc., an SPX Company, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:21-cv-08393-WHO<br><br>[**Hon. William H. Orrick**]<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: October 28, 2021<br>First Amended Complaint Filed: April 14, 2022 |

1

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff ACACIA INNOVATIONS TECHNOLOGY, FZE and Defendant TCI INTERNATIONAL INC. (collectively the "Parties"), by and through their counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims in this action with prejudice. Each Party to bear their own costs and attorneys' fees. The Court reserves jurisdiction to enforce the terms of any settlement agreement between the Parties.

Dated: July 14, 2023                             HIRSCHFELD KRAEMER LLP


By: _____
Daniel H. Handman
Anna T. Pham
Attorneys for Plaintiff
Acacia Innovations Technology, FZE

Dated: July 14, 2023                             HUSCH BLACKWELL LLP


By: _____
Mhare O. Mouradian
Shayan Heidarzadeh
Attorneys for Defendant
TCI International Inc.

**[PROPOSED] ORDER**

THIS COURT, having read and considered the Joint Stipulation of Dismissal, hereby GRANTS the Stipulation.

IT IS ORDERED that all claims brought by Plaintiff in the above-captioned action against Defendant be dismissed with prejudice, and each Party shall bear its own attorneys' fees and costs. The Court reserves jurisdiction to enforce the terms of any settlement agreement between the Parties.

**IT IS SO ORDERED.**

Dated: July 14, 2023                              By: _____
                                                  HON. WILLIAM H. ORRICK
                                                  United States District Court Judge